154

[689 NYS2d 874]

In the Matter of EDWARD J. DINKI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.

Fourth Department, March 19, 1999

### APPEARANCES OF COUNSEL

*Margaret C. Callanan,* Buffalo, for petitioner.
*Ross L. Runfola,* Buffalo, for respondent.

### OPINION OF THE COURT

Per Curiam.

Respondent was admitted to the practice of law by this Court on September 10, 1976, and formerly maintained an office in Williamsville. The Grievance Committee filed a petition charging respondent with three counts of professional misconduct.

Respondent has admitted the material allegations of the petition.

In mitigation, we note respondent's prior unblemished record and that no client suffered a financial loss as a result of

respondent's misconduct. Accordingly, we conclude that respondent should be censured.

PINE, J. P., HAYES, WISNER, HURLBUTT and SCUDDER, JJ., concur.

Order of censure entered.